

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2021

No. 04-21-00114-CV

Zulema **GARZA,**
Appellant

v.

Zulema J. **GARZA,** Jose Juan Garza, III, Andres Garza, Alejandro Garza, and Gabriel Garza,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2020-CVK-002209-D1
Honorable Joe Lopez, Judge Presiding

# O R D E R

### CORRECTED

The current deadline for appellant's brief is July 30, 2021. On July 31, 2021, appellant filed a document she described as an "incomplete" brief and a letter requesting a two-week extension of time to file the remaining portions of her brief. We construe appellant's letter as both a motion for extension of time and a motion for leave to amend her brief. After consideration, we **GRANT** appellant's motion and **ORDER** her to file an amended brief **by August 19, 2021**. We remind appellant that pro se litigants are held to the same standards as licensed attorneys and are required to comply with the Texas Rules of Appellate Procedure, including the rules regarding the contents of an appellant's brief. *See* TEX. R. APP. P. 38.1. We caution appellant that a brief that does not comply with the Texas Rules of Appellate Procedure is subject to being stricken by this court.

We further note that neither of appellant's July 31, 2021 filings contain a certificate of service indicating appellant served those documents on appellees or their attorney. We therefore **ORDER** appellant to provide written proof **by August 9, 2021** that she has served her July 31, 2021 filings on appellees' attorney. *See* TEX. R. APP. P. 9.5(a) ("Service on a party represented by counsel must be made on that party's lead counsel."). We remind appellant that "[a]t or before the time of a document's filing, the filing party must serve a copy on all parties to the proceeding" and "[a] document presented for filing must contain a proof of service in the form of

either an acknowledgment of service by the person served or a certificate of service." *Id.* R. 9.5(a), (d).

_____

Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2021.

_____

MICHAEL A. CRUZ, Clerk of Court